**Gabriel Martinez**
**christianman816@gmail.com**

FILED 25 JUN '24 11:24 USDC-ORP

| | |
|---|---|
| From: | Gabriel Martinez christianman816@gmail.com |
| Sent: | Fri, 21 Jun 2024 14:11:39 -0700 |
| To: | mcl-central-onesided@printspots.com |
| Subject: | Amended Claim |

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

SELENA DESMAINE,            )
                            )
        Plaintiff,           )  Case No. 3:24-cv-00067-SB
                            )
    v.                       )  AMENDED CLAIM FOR RELIEF
                            )
COLUMBIA SPORTSWEAR COMPANY, )  (Civil Rights Action)
                            )
        Defendant.           )
_____)

AMENDED CLAIM FOR RELIEF

Pursuant to the Court's order dated June 17, 2024, Plaintiff Selena Desmaine hereby submits this Amended Claim for Relief against Defendant Columbia Sportswear Company for violations of Title VII of the Civil Rights Act of 1964.

1. Plaintiff, Selena Desmaine, is a Tibetan woman who has experienced persistent racial discrimination and trauma at Defendant's stores over several years, with a pattern of discriminatory incidents occurring on the first of each month when Plaintiff regularly shops at Defendant's store.

2. Defendant's discriminatory actions include, but are not limited to:
   a. Employees consistently following Plaintiff while shopping, a practice not applied to other customers
   b. Being told to move to the back of the line when it was her turn
   c. Being ignored when requesting assistance, requiring security guard intervention
   d. On March 1, 2023, at Defendant's store located at 911 SW Broadway St, Portland, Oregon 97205, Plaintiff was subjected to discriminatory surveillance by employees
   e. On January 3, 2024, a store manager took shoes Plaintiff had selected without her consent and switched them for a different size

3. Plaintiff has made numerous attempts to resolve this issue directly with Defendant, including:
   a. Multiple phone calls to Defendant's corporate office
   b. Emails to Defendant's corporate office and legal department
   c. A final attempt to resolve the issue with Defendant's legal department before filing this lawsuit
   All of these attempts were met with deception, lies, or were ignored entirely by Defendant.

4. As a direct result of Defendant's unlawful conduct, Plaintiff has suffered severe racial trauma, leading to:

    a. Exacerbation of pre-existing PTSD and depression
    b. Anxiety and chronic stress
    c. Negative thoughts and mood changes
    d. Significant erosion of self-worth
    e. Fear of shopping at Defendant's stores and other local establishments
    f. Isolation from friends and reduced attendance at church services
    g. Decline in involvement with her Christian ministry (Selena Desmaine Ministries)
    h. Loss of enjoyment in previously pleasurable activities such as walking and nature walks
    i. Reduced ability to serve the homeless and addicted community through her ministry work
    j. Need for ongoing mental health counseling

5. Plaintiff's experience of racial trauma has created a significant mental health burden, causing deeper and more persistent psychological distress than she would otherwise face, severely impacting her daily life and ability to engage in her community and ministry work.

6. As of June 12, 2024, Plaintiff Selena Desmaine began receiving mental health counseling at Oregon Health & Science University (OHSU), specifically to address the trauma and psychological distress caused by the racial discrimination she experienced at Defendant's stores. This ongoing treatment, which takes place at 3245 SW Pavilion Loop, Portland, Oregon 97239, further demonstrates the severe and lasting impact of Defendant's discriminatory actions on Plaintiff's mental health and well-being. Plaintiff can provide additional information concerning this treatment as needed, subject to appropriate privacy protections.

7. Defendant's actions constitute unlawful discrimination based on race in violation of Title VII of the Civil Rights Act of 1964, causing Plaintiff to experience life differently and devaluing her existence as a person of color.

WHEREFORE, Plaintiff seeks the following relief:

1. Compensatory damages for emotional distress, mental anguish, and the costs of ongoing mental health treatment
2. Injunctive relief requiring Defendant to implement comprehensive anti-discrimination policies and training
3. Damages for loss of enjoyment of life and diminished ability to engage in ministry and community service
4. Any other relief the Court deems just and proper to address the racial trauma and its ongoing effects on Plaintiff's mental health, daily life, and community involvement

Plaintiff reserves the right to amend this claim as further evidence is uncovered during the discovery process.

Respectfully submitted this 21 day of June, 2024.

*Selena Desmaine*
Selena Desmaine, Pro Se Plaintiff
731 SW Salmon St Apt 206
Portland Oregon 97205
Selenadesmaine00@gmail.com